IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GLADYS HERRERA,**

    Plaintiff,

vs.                                      CASE NO.:

**ANGELS OF LIGHT HEALTH CARE, LLC,**
a Florida company, and
**ANGELA CASTENEDA, Individually,**

    Defendants.
_____/

## COMPLAINT

Plaintiff, GLADYS HERRERA, by and through her undersigned counsel, sues the Defendants, ANGELS OF LIGHT HEALTH CARE, LLC, a Florida company, and ANGELA CASTENEDA, Individually, and alleges as follows:

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.*

2. Venue lies within United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

## PARTIES

3. Plaintiff, GLADYS HERRERA ("Herrera"), is a resident of Pinellas County, Florida at all times material and worked for Defendants in this Juridical District during the applicable statute of limitations.

4. Defendant, ANGELS OF LIGHT HEALTH CARE, LLC., is a Florida company authorized and doing business in this Judicial District.

5. At all times material herein, Plaintiff was a non-exempt employee of Defendants, pursuant to 29 U.S.C. § 203(e)(1).

6. Defendant, ANGELS OF LIGHT HEALTH CARE, LLC, is an employer within the meaning of 29 U.S.C. s. 203(d) and subject to the Fair Labor Standards Act because is an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s)(1)(A), because it has employees engaged in commerce or in the production of good for commerce, or has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce and because it has an annual gross volume of sales made or business done greater than $500,000.00.

7. At all times material hereto Defendant, ANGELA CASTANEDA, was an officer of the Defendant Corporation and had direct responsibility and control over the compensation paid to employees of the organization.

8. Plaintiff is entitled to the protections provided by the FLSA because she is a Home Health Worker.

9. Plaintiff is entitled to the protections provided by the FLSA because she is an individual engaged in commerce or in the production of goods for commerce.

**FACTUAL ALLEGATIONS**

10. Plaintiff, GLADYS HERRERA, was employed with Defendants from March 2015 to March 2019 as a full time Home Health Care Worker earning $10.00 an hour.

11. During the course of Plaintiff's employment, Plaintiff worked between 10 to 46 hours of overtime over forty (40) hours per week.

12. Plaintiff was not compensated at the rate of at least one and a half times her regular hourly rate of pay pursuant to the Fair Labor Standards Act (FLSA) for all hours worked over forty (40) in the work week.

13. Plaintiff was not exempt from the overtime provisions of the FLSA. In fact, Plaintiff is entitled to overtime compensation for all overtime hours worked under the FLSA.

14. Plaintiff has retained the services of the undersigned counsel and is obligated to pay them a reasonable fee for their services.

## COUNT I
## FAIR LABOR STANDARDS ACT ("FLSA") – OVERTIME

15. Plaintiff realleges paragraphs one (1) through fourteen (14) as though set forth fully herein.

16. The employment of Plaintiff provided for a forty (40) hour work week but throughout her respective employment Plaintiff was required to work and did work a substantial number of hours in excess of forty (40) hours per work week.

17. At all times material, Defendants failed to comply with 29 U.S.C. § 201 *et seq.*, in that Plaintiff worked for Defendants in excess of the maximum hours provided by law, but no provision was made by Defendants to compensate Plaintiff at the rate of time and one-half her regular rate of pay for the hours worked over forty (40) in a work week.

18. Defendants' failure to pay Plaintiff the required overtime pay was intentional and willful.

19. As a direct and legal consequence of Defendants' unlawful acts, Plaintiff has suffered damages and has incurred, or will incur, costs and attorneys' fees in the prosecution of this matter.

**WHEREFORE**, Plaintiff, GLADYS HERRERA, respectfully request all legal and

equitable relief allowed by law including judgment against Defendants for overtime compensation, liquidated damages, prejudgment interest; payment of reasonable attorneys' fees and costs incurred in the prosecution of this claim and equitable relief declaring and mandating the cessation of Defendants' unlawful pay policy and such other relief as the court may deem just and proper.

## DEMAND FOR JURY TRIAL

20. Plaintiff requests a jury trial on all issues so triable.

Dated this 19th day of June 2019.

**FLORIN GRAY BOUZAS OWENS, LLC**

*/s/ Miguel Bouzas*

**MIGUEL BOUZAS, ESQUIRE**
Florida Bar No.: 48943
Primary: miguel@fgbolaw.com
Secondary: debbie@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942
Counsel for Plaintiff